

NUMBER 13-18-00689-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN MENDOZA CORPORATION
D/B/A JM CONSTRUCTION,                                                    APPELLANT,

v.

PATRICIA DALE,                                                           APPELLEE.

On appeal from the County Court at Law No. 3
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, Juan Mendoza Corporation d/b/a JM Construction, filed an appeal from

a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in

cause number 2013-CCL-369.   The parties have filed an agreed motion to dismiss the

appeal on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
16th day of May, 2019.

2